## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re ) | |
| ) | Case No.   14-32092 |
| ) | |
| KASONDRA Y. CALLOWAY ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |
| ) | |
| | |
| U.S. BAN, NA as servicing agent for ) | |
| CONNECTICUT HOUSING FINANCE ) | |
|     AUTHORITY ) | |
| ) | |
|             Movant ) | |
| VS. ) | |
| ) | |
| KASONDRA Y. CALLOWAY ) | June 12, 2017 |
| MOLLY T. WHITON ) | |

### DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY

The Debtor in the above captioned matter respectfully Objects to the Motion For Relief From Stay for the reasons that:

1. The Debtor admits that she is behind on mortgage payments.
2. The Debtor was out of work due to a disability and was forced to retire.
3. The Debtor is awaiting a hearing on a lump sum award for her retirement.
4. With the proceeds she receives, the Debtor will make a substantial lump sum payment to the Movant, which will either bring her current or substantially current.
5. The Debtor wants the opportunity to accomplish the above.

Wherefore, the Debtor respectfully objects to Motion or Relief From Stay.

Dated at Middlebury, Connecticut this 12th day of June, 2017.

THE DEBTOR(S)

BY /s/
George C. Tzepos
444 Middlebury Road
Middlebury, Connecticut  06762
(203) 598-0520
Bar No. Ct00580