## UNITED STATES BANKRUPTCY COURT
### District of Connecticut (New Haven)

| | |
|---|---|
| In Re: | Case No. 14-32092 |
| Kasondra Y. Calloway | Chapter 13 |
| Debtor(s) | August 16, 2017 |

### NOTICE OF CONVERSION

Pursuant to Section 1307, the Petitioner(s), Kasondra Y. Calloway, hereby convert(s) her Chapter 13 Bankruptcy to a case under Chapter 7.

THE DEBTOR(S)

BY _____
GEORGE C. TZEPOS
Her Attorney
444 Middlebury Road
Middlebury, CT 06762
203-598-0520

### CERTIFICATION

I hereby certify that a copy of this notice was delivered electronically to Molly T. Whiton, Trustee, 10 Columbus Boulevard, Hartford, Connecticut 06106; U.S. Trustee, 150 Court Street, New Haven, Connecticut 06510; and all attorneys of record.

_____
GEORGE C. TZEPOS