UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| In Re:  Kasondra Y. Calloway<br>　　　Debtor, | Chapter 13<br>Case No.: 14-32092 |
| U.S. Bank National Association, as servicing agent for Connecticut Housing Finance Authority<br>　　　Movant,<br>vs.<br><br>Kasondra Y. Calloway, Debtor<br>Molly T. Whiton, Trustee<br>　　　Respondents | |

_____/

### MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS SERVICING AGENT FOR CONNECTICUT HOUSING AUTHORITY  FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT

U.S. Bank National Association , as servicing agent for Connecticut Housing Finance Authority ("Movant"), a creditor in the above captioned Chapter 13 proceeding, moves this Court for an Order, pursuant to 11 U.S.C. §362(d) so that it may foreclosure a Mortgage which it holds on real property known and numbered as 93-95 Henry Street, New Haven, CT 06511.  In support of its motion, Movant states the following:

1.　　On March 3, 2004, Kasondra Y. Calloway ("Debtor"), executed and delivered a Note (the "Note", a copy of which is attached hereto as Exhibit "A") to Citizens Mortgage Corporation, a Rhode Island Corporation.  The Note was secured by a Mortgage also dated March 3, 2004 and recorded in the City of New Haven Land Records in Volume 6718 at Page 135 (the "Mortgage", a copy of which is attached here to Exhibit "B") on real property owned by the Debtor and known and numbered as 93-95 Henry Street, New Haven, CT 06511 (the "Real Property").

**ORDER**

ECF NO. 43 IS DENIED without prejudice to amendment in light of the conversion.

　　　　　Dated on this 17th day of August, 2017, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut